### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **MICHAEL J. GROSS,** | § | |
| **THOMAS MCMAHON,** | § | |
| **JOHNNY GUILLORY,** | § | |
| **and** | § | |
| **JOHN P. ERB,** | § | |
| **On Behalf of Themselves and Others** | § | |
| **Similarly Situated,** | § | |
| | § | |
| **Plaintiffs,** | § | **CIVIL ACTION NO. H-06-0268** |
| | § | |
| **VS.** | § | |
| | § | |
| **CVS CORPORATION** | § | |
| **and** | § | |
| **CVS PHARMACY, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

## MEMORANDUM AND ORDER

Pending before the Court is Defendants' motion to designate an attorney-in-charge. That motion, Docket No. 22, is hereby **GRANTED**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 26th day of April, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**

1